UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DESMOND ROMAN,

    Plaintiff,

v.                                                      Case No. 8:10-cv-478-T-30TGW

WESTERN INTERNATIONAL GAS &
CYLINDERS, INC.,

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant's Motion for Involuntary Dismissal of Plaintiff's Complaint with Prejudice and Incorporated Memorandum of Law (Dkt. 15). Plaintiff failed to file any response to Defendant's motion. The Court, having reviewed the motion, and being otherwise advised in the premises, concludes that it should be granted in part.

In this FLSA case, Defendant moves for involuntary dismissal of Plaintiff's complaint with prejudice, based on Plaintiff's failure to comply with the Court's Order requiring Plaintiff to file and serve his answers to the Court's Interrogatories within fifteen days from the date of the Order. The Court entered its Scheduling Order on these matters on March 31, 2010 (Dkt. 6). As Defendant points out, Plaintiff failed to file his answers to the Court's

Interrogatories despite receiving numerous extensions. The last extension provided Plaintiff until June 28, 2010, to file his answers(Dkt. 14).

Moreover, Plaintiff neglected to file a response to Defendant's motion for involuntary dismissal of this case, demonstrating a complete lack of prosecution on his part. Accordingly, although the Court will not grant Defendant's motion with prejudice, the Court will dismiss this case without prejudice if Plaintiff fails to files his answers to the Court's Interrogatories by July 27, 2010. The Court will also grant Defendant the fees it has incurred in filing its Motion to Compel (Dkt. 11) and its Motion to Dismiss (Dkt. 15) as sanctions against Plaintiff for his continuous failure to comply with this Court's Orders.

It is therefore ORDERED AND ADJUDGED that:

1. Defendant's Motion for Involuntary Dismissal of Plaintiff's Complaint with Prejudice and Incorporated Memorandum of Law (Dkt. 15) is hereby GRANTED IN PART.

2. Plaintiff shall file his answers to the Court's Interrogatories on or before July 27, 2010. If his answers are not filed by this time, this case will be dismissed without prejudice.

3. Defendant is entitled to the fees it incurred in filing its Motion to Compel (Dkt. 11) and its Motion to Dismiss (Dkt. 15) as sanctions against Plaintiff for his continuous failure to comply with this Court's Orders. At the conclusion of this case, Defendant shall file a Notice of Filing Affidavit in Support of Fees, which shall attach invoices in support of the fees incurred in drafting these

motions. The affidavit shall also include the attorney(s)' hourly rate and any other relevant information to the amount of fees.

**DONE** and **ORDERED** in Tampa, Florida on July 21, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2010\10-cv-478.mtdismissal.frm