# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DESMOND ROMAN,

    Plaintiff,

v.                                       Case No.  8:10-cv-478-T-30TGW

WESTERN INTERNATIONAL GAS &
CYLINDERS, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*.  An Order (Dkt. #16) was entered on July 21, 2010, which directed the Plaintiff to file answers to the Court's interrogatories on or before July 27, 2010, or this case would be dismissed without prejudice.  Plaintiff has failed to timely file the required answers.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed without prejudice.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on August 3, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2010\10-cv-478.dismissal.wpd