# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**DESMOND ROMAN,**

    **Plaintiff,**

**v.**          Case No. **8:10-cv-478-T-30TGW**

**WESTERN INTERNATIONAL GAS &**
**CYLINDERS, INC.,**

    **Defendant.**

_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendant's Notice of Filing Affidavit (Dkt. 19). On July 21, 2010, the Court entered an Order (Dkt. 16) stating, in part, that Defendant was entitled to the fees it incurred in filing its Motion to Compel and its Motion to Dismiss as sanctions against Plaintiff for his continuous failure to comply with this Court's Orders.[1] Defendant's affidavit and time records indicate that Defendant incurred $1,179.00 in fees for the time counsel spent drafting the Motion to Compel and Motion to Dismiss. The Court concludes that this is a reasonable amount.

It is therefore ORDERED AND ADJUDGED that:

1.      Defendant is entitled to an award of attorneys' fees in the amount of $1,179.00 as set forth herein.

---

[1] This case was subsequently dismissed, without prejudice, for Plaintiff's noncompliance with the Court's Orders (Dkt. 17).

2. The CLERK is directed to enter judgment in the amount of $1,179.00 in favor of Defendant Western International Gas & Cylinders, Inc. and against Plaintiff Desmond Roman.

3. The CLERK is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on August 25, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2010\10-cv-478.fees.frm